# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHELLY ANN POND,<br><br>      Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>      Defendant. | **Case No.: 10-CV-00366**<br><br>**(Unlawful Debt Collection Practices)** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/ Kate Shumaker
Kate Shumaker, Esquire
Kimmel & Silverman, PC
Silverside Carr Executive Center
501 Silverside Road, Suite 118
Wilmington, DE 19809

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Kevin M. Duffan, Esq.
Portfolio Recovery Associates
140 Corporate Blvd.
Norfolk, VA 23502

_____/s/ Kate Shumaker____
Attorney for Plaintiff
Kate Shumaker, Esquire
Kimmel & Silverman, PC
Silverside Carr Executive Center
501 Silverside Road, Suite 118
Wilmington, DE 19809